UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

COURTNEY B. WILLIAMS and
DEENA L. WILLIAMS,

Debtors,

**Chapter 7**

**Bankruptcy Case No.: 08-2284-8-JRL**

---

JAMES B. ANGELL, Chapter 7 Trustee for COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,

Plaintiffs,

v.

WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A. BENEFICIARY Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds,

Defendants / Third-Party Plaintiffs,

v.

STATE EMPLOYEES' CREDIT UNION, PHILIP E. GREER, Trustee, SHERVIN TAHSSILI, SANDMAN & ROSEFIELDE-KELLER, Trustee, DIANA D. LOREY, MATTHEW G. NESTOR, Trustee, BRANCH BANKING & TRUST COMPANY, BB&T COLLATERAL SERVICE CORPORATION, Trustee, THE BROOK FAMILY TRUST, JAMES R. PREVATTE, JR., Trustee, COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,

Third-Party Defendants.

**Adversary Proceeding No.: 08-00099-8-JRL**

**DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES**

(Bankruptcy Rule 8006)

NOW COMES William R. Echols, Trustee and Wells Fargo Bank, N.A. Beneficiary Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds, Defendants and Third Party Plaintiffs ("Appellants"), through counsel, pursuant to Bankruptcy Rule 8006, and hereby submit their designation of the items to be included in the Record on Appeal in the above-captioned matter to be considered by the United States District Court for the Eastern District of North Carolina and make a statement of the issues to be presented, as follows:

**I. STATEMENT OF ISSUES TO BE DECIDED ON APPEAL**

1. Whether the Bankruptcy Court erred in granting summary judgment in favor of the Plaintiff Trustee in the above-captioned Adversary Proceeding on January 28, 2009 (the "Order").

2. Whether the Bankruptcy Court erred by failing to view all evidence presented in the light most favorable to the Appellant as the non-moving party.

3. Whether the Bankruptcy Court erred by reaching numerous factual conclusions in its Order where the Defendant had no opportunity to conduct any discovery by operation of Rule 26(d) of the Federal Rules of Civil Procedure and Bankruptcy Rule 7026.

4. Whether the Bankruptcy Court erred by reaching factual conclusions in its Order where there was no evidence presented to support the same.

5. Whether the Bankruptcy Court erred by finding and determining as a matter of law, prior to the conduct of any discovery by any party, that the Appellant's Deed of Trust was void and ineffective as a lien upon the real property in question.

6. Whether the Bankruptcy Court erred by ruling against the Appellant as a matter of law where no evidence was presented to establish that, on the date of execution of said Deed of Trust, the Debtors were married.

7. Whether the Bankruptcy Court erred by ruling against the Appellant as a matter of law where the only evidence before the Court established that the Trustee did not occupy the status of a *bona fide* purchaser of the real property in question from the Debtors on the date of the filing of their Chapter 7 petition as the matters of public record were sufficient to put any purchaser on notice that the failure of the female Debtor to execute the Deed of Trust was a mistake, if the evidence showed that the Debtors were married at the time of the execution of the Deed of Trust.

8. Whether the Bankruptcy Court improperly applied North Carolina law to reach the conclusion that the failure of the female Debtor to execute the Deed of Trust rendered the same wholly incapable of providing a subsequent purchaser with constructive notice of any kind.

9. Whether the Bankruptcy Court erred by finding and determining as a matter of law, prior to the conduct of any discovery by any party, that no mutual mistake existed as between the Debtors and the Appellant in the execution of the Deed of Trust, and thus that the remedy of reformation was unavailable, where the pleadings and only evidence presented by any party compelled the opposite conclusion when viewed in the light most favorable to the Appellant.

10. Whether the Bankruptcy Court erred by finding and determining as a matter of law, prior to the conduct of any discovery by any party, that the failure of the Deed of Trust to be executed by the female Debtor was a unilateral mistake of law on the part of the Appellant when viewed in the light most favorable to the Appellant.

11. Whether the Bankruptcy Court erred by finding and determining as a matter of law, prior to the conduct of any discovery by any party, that the Appellant's Deed of Trust did not encumber the real property at issue in the above-captioned Adversary Proceeding and that the Appellant is not entitled to a secured claim in the Debtor's bankruptcy proceeding.

12. Whether the Bankruptcy Court erred by considering late-filed evidence and Affidavits of the Trustee in ruling against the Appellant as a matter of law.

13. Whether the Bankruptcy Court abused its discretion by considering late-filed evidence and Affidavits of the Trustee in ruling against the Appellant as a matter of law.

14. Whether the Appellant has been deprived of the benefits of Due Process in the instant Adversary Proceeding.

## II. DESIGNATION OF ITEMS FROM BANKRUPTCY CASE # 08-2284 AND ADVERSARY PROCEEDING #08-99

| Docket No. | Date | Items to be Included<br>08-2284 |
|---|---|---|
| 1 | 04/03/2008 | Chapter 7 Voluntary Petition Filed by Courtney B. Williams, Deena L. Williams |
| 30 | 06/12/2008 | Amended Statement of Intent |
| 92 | 08/21/2008 | Amended Schedule C filed by Algernon L. Butler, Jr. on behalf of Courtney B. Williams, Deena L. Williams. |
| | | |
| **Docket No.** | **Date** | **Items to be Included<br>08-0099** |
| 1 | 06/30/2008 | Adversary case 08-00099-8. Complaint by James B Angell, Trustee against William R. Echols, Trustee, WELLS FARGO BANK, N.A. |
| 2 | 07/01/2008 | Summons Issued On William R. Echols, Trustee; WELLS FARGO BANK, N.A. |
| 3 | 07/01/2008 | Summons Service Executed on William R. Echols, Trustee; WELLS FARGO BANK, N.A. |
| 4 | 07/01/2008 | Affidavit of Jennifer L. McInnes |

| | | |
|---|---|---|
| 5 | 07/01/2008 | Motion For Summary Judgment Filed by Trustee |
| 6 | 07/01/2008 | Memorandum Of Law In Support Of Motion For Summary Judgment |
| 8 | 07/03/2008 | Order Regarding Motion For Summary Judgment |
| 10 | 07/21/2008 | Motion For Summary Judgment Filed by Trustee |
| 11 | 07/21/2008 | Memorandum of Law |
| 14 | 07/28/2008 | Notice Of Appearance Filed By Alan B. Powell on behalf of WELLS FARGO BANK, N.A. |
| 15 | 07/31/2008 | Answer to Complaint, Counterclaim by William R. Echols, Trustee, WELLS FARGO BANK, N.A. against James B Angell, Trustee, Third-Party Complaint by William R. Echols, Trustee, WELLS FARGO BANK, N.A. against Deena L. Williams, Courtney B. Williams, James R. Prevatte Jr., The Brook Family Trust, BB&T Collateral Service Corporation, Branch Banking and Trust Company, Matthew G. Nestor, Diana D Lorey, Sandman & Rosefielde-Keller, Shervin Tahssili, Phillip E Greer, State Employees' Credit Union. filed by Alan B. Powell on behalf of William R. Echols, Trustee, WELLS FARGO BANK, N.A. |
| 17 | 08/01/2008 | Summons Issued On James B Angell, Trustee; BB&T Collateral Service Corporation; Branch Banking and Trust Company; Phillip E Greer; Diana D Lorey; Matthew G. Nestor; James R. Prevatte Jr.; Sandman & Rosefielde-Keller; State Employees' Credit Union; Shervin Tahssili; The Brook Family Trust; Courtney B. Williams; Deena L. Williams |
| 18 | 08/04/2008 | Summons Service Executed on Deena L. Williams |
| 19 | 08/04/2008 | Summons Service Executed on Courtney B. Williams |
| 20 | 08/04/2008 | Summons Service Executed on Phillip E. Greer |
| 21 | 08/04/2008 | Summons Service Executed on Shervin Tahssili |
| 22 | 08/04/2008 | Summons Service Executed on Matthew G. Nestor |
| 23 | 08/04/2008 | Summons Service Executed on Diana D. Lorey |
| 24 | 08/04/2008 | Summons Service Executed on James R. Prevatte Jr. |
| 25 | 08/04/2008 | Summons Service Executed on The Brook Family Trust |

| | | |
|---|---|---|
| 26 | 08/04/2008 | Summons Service Executed on Branch Banking and Trust Company |
| 27 | 08/04/2008 | Summons Service Executed on Sandman & Rosefielde-Keller |
| 28 | 08/04/2008 | Summons Service Executed on State Employees' Credit Union |
| 29 | 08/04/2008 | Summons Service Executed on BB&T Collateral Service Corporation |
| 30 | 08/07/2008 | Summons Service Executed on Phillip E. Greer |
| 31 | 08/07/2008 | Summons Service Executed on Phillip E. Greer |
| 32 | 08/12/2008 | Response to Motion For Summary Judgment |
| 34 | 08/15/2008 | Notice of Hearing - Motion For Summary Judgment filed by James B Angell on behalf of James B Angell, Trustee. Hearing scheduled for 10/20/2008 at 03:00 PM at Raleigh Courtroom |
| 36 | 08/27/2008 | Summons Reissued On Sandman & Rosefielde-Keller; The Brook Family Trust |
| 37 | 08/29/2008 | Summons Service Executed on The Brook Family Trust |
| 38 | 08/29/2008 | Summons Service Executed on Sandman & Rosefielde-Keller |
| 39 | 09/02/2008 | Answer To Counterclaim - Trustee |
| 40 | 10/15/2008 | Affidavit For Entry of Default as to BB&T Collateral Service Corporation, Branch Banking and Trust Company, Phillip E Greer, Diana D Lorey, Matthew G. Nestor, James R. Prevatte Jr., Sandman & Rosefielde-Keller, State Employees' Credit Union, Shervin Tahssili, The Brook Family Trust, Courtney B. Williams, Deena L. Williams |
| 42 | 10/15/2008 | Affidavit of Douglas W. Baxley in opposition to Summary Judgment – Filed by Wells Fargo |
| 44 | 10/17/2008 | Amended Affidavit For Entry of Default as to BB&T Collateral Service Corporation, Phillip E Greer, Diana D Lorey, Matthew G. Nestor, James R. Prevatte, Trustee Jr., Sandman & Rosefielde-Keller, Shervin Tahssili, Courtney B. Williams, Deena L. Williams |
| 46 | 10/17/2008 | Notice of Continued/Rescheduled Hearing - Motion For Summary Judgment filed by James B Angell on behalf of James B Angell, Trustee. Hearing scheduled for 10/29/2008 at 02:00 PM at Raleigh Courtroom |

| | | |
|---|---|---|
| 48 | 10/20/2008 | Summons reissued on Branch Banking and Trust Company and State Employees' Credit Union |
| 49 | 10/21/2008 | Summons Service Executed on State Employees' Credit Union |
| 50 | 10/21/2008 | Summons Service Executed on Branch Banking and Trust Company |
| 51 | 10/21/2008 | Summons Service Executed on State Employees' Credit Union |
| 52 | 10/22/2008 | Entry of Default – BB&T Collateral Service Corporation, Phillip E Greer, Diana D Lorey, Matthew G. Nestor, James R. Prevatte, Trustee Jr., Sandman & Rosefielde-Keller, Shervin Tahssili, Courtney B. Williams, Deena L. Williams |
| 53 | 10/22/2008 | Affidavit Of Lender, Wells Fargo Bank, NA |
| 56 | 10/27/2008 | Memorandum of Law |
| 57 | 10/28/2008 | Motion To Strike – Wells Fargo |
| 58 | 10/29/2008 | Motion To Strike and Response to Motion To Strike - Trustee |
| 59 | 10/29/2008 | Order Denying Motion To Strike |
| 61 | 10/29/2008 | Response to Motion To Strike filed by Counter-Defendant James B Angell, Trustee, Plaintiff James B Angell, Trustee |
| 63 | 10/30/2008 | Notice Of Continued/Rescheduled Hearing - Motion For Summary Judgment filed by James B Angell on behalf of James B Angell, Trustee. Motion To Strike filed by James B Angell on behalf of James B Angell, Trustee. Hearing scheduled for 12/4/2008 at 11:00 AM at Raleigh Courtroom |
| 65 | 11/05/2008 | Notice Of Continued/Rescheduled Hearing - Motion For Summary Judgment filed by James B Angell on behalf of James B Angell, Trustee. Motion To Strike filed by James B Angell on behalf of James B Angell, Trustee. Hearing scheduled for 12/4/2008 at 02:00 PM at Raleigh Courtroom |
| 67 | 11/17/2008 | Memorandum of Law Supp. Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment |
| 69 | 11/17/2008 | Amended Affidavit Of Douglas W. Baxley and Exhibits |
| 71 | 12/02/2008 | Notice of Voluntary Dismissal as to The Brook Family Trust |

| | | |
|---|---|---|
| 72 | 12/02/2008 | Brief and Attachments – Partial Transcript of Debtor's 341 Meeting; Affidavit of James B. Angell |
| 73 | 12/03/2008 | Notice Of Continued/Rescheduled Hearing - Motion For Summary Judgment filed by James B Angell on behalf of James B Angell, Trustee. Motion To Strike filed by James B Angell on behalf of James B Angell, Trustee. Hearing scheduled for 12/4/2008 at 09:30 AM at Raleigh Courtroom |
| 75 | 12/03/2008 | Second Motion To Strike – Wells Fargo |
| 77 | 12/04/2008 | PDF with attached Audio File. Court Date & Time |
| 78 | 12/05/2008 | Order Denying Motion To Strike |
| 79 | 01/28/2009 | Order Granting Motion For Summary Judgment |
| 80 | 02/04/2009 | Notice of Appeal |
| 85 | 02/09/2009 | Notice of Voluntary Dismissal as to James R. Prevatte, Trustee Jr. |

Respectfully submitted, this the 12th day of February, 2009.

/s/: *Alan B. Powell*
Alan B. Powell, N.C.S.B. # 17555
Christopher C. Finan, N.C.S.B. # 27820
*Attorneys for Defendants*

OF COUNSEL:

ROBERSON HAWORTH & REESE, PLLC
300 N. Main Street; Suite 300
P.O. Box 1550
High Point, NC 27261
Telephone: 336-889-8733
Facsimile: 336-885-1280
Email: apowell@rhrlaw.com
cfinan@rhrlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE:<br><br>COURTNEY B. WILLIAMS and<br>DEENA L. WILLIAMS,<br><br>Debtors, | **Chapter 7**<br><br>**Bankruptcy Case No.: 08-2284-8-JRL** |
| JAMES B. ANGELL, Chapter 7 Trustee for COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A. BENEFICIARY Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds,<br><br>Defendants / Third-Party Plaintiffs,<br><br>v.<br><br>STATE EMPLOYEES' CREDIT UNION, PHILIP E. GREER, Trustee, SHERVIN TAHSSILI, SANDMAN & ROSEFIELDE-KELLER, Trustee, DIANA D. LOREY, MATTHEW G. NESTOR, Trustee, BRANCH BANKING & TRUST COMPANY, BB&T COLLATERAL SERVICE CORPORATION, Trustee, THE BROOK FAMILY TRUST, JAMES R. PREVATTE, JR., Trustee, COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>Third-Party Defendants. | **Adversary Proceeding No.: 08-00099-8-JRL** |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on the below date the undersigned served a copy of the foregoing **Designation of Items to be Included in Record on Appeal and Statement of Issues** by electronic means or by depositing a copy in a self-addressed, post paid envelope to the following parties-in-interest by depositing the same in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

Marjorie Lynch
U.S. Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895-3758

James B. Angell, Trustee
P.O. Box 12347
Raleigh, NC 27605-2347
*Plaintiff and Trustee*

Branch Banking and Trust Company
c/o CT Corporation System
Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

BB&T Collateral Service Corporation
c//o CT Corporation System
Registered Agent
225 Hillsborough Street
Raleigh, NC 27603

State Employees' Credit Union
c/o James C. Blaine, Registered Agent
1000 Wade Avenue
Raleigh, NC 27605

Courtney B. Williams
Deena L. Williams
108 Sellers Street
Oak Island, NC 28465

Sandman & Rosefielde-Keller
c/o Officer, Director or Managing Agent
7101 Creedmoor Road, Suite 142
Raleigh, NC 27613

William R. Echols, Trustee
7301 Carmel Executive Parkway, Suite 304
Charlotte, NC 28226
*Defendant*

Matthew G. Nestor
8903 East Oak Island Drive, Suite 2
Oak Island, NC 28465

Philip E. Greer
1176 St. Mark's Church Road
Burlington, NC 27215-9796

This the 12th day of February, 2009.

/s/: *Alan B. Powell*
Alan B. Powell, N.C.S.B. # 17555
Christopher C. Finan, N.C.S.B. # 27820
*Attorneys for Defendants*

OF COUNSEL:

ROBERSON HAWORTH & REESE, PLLC
300 N. Main Street; Suite 300
P.O. Box 1550
High Point, NC 27261
Telephone: 336-889-8733
Facsimile: 336-885-1280