UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE:<br><br>COURTNEY B. WILLIAMS and<br>DEENA L. WILLIAMS,<br><br>        Debtors, | **Chapter 7**<br><br>**Bankruptcy Case No.: 08-2284-8-JRL** |
| JAMES B. ANGELL, Chapter 7 Trustee for COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A. BENEFICIARY Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds,<br><br>        Defendants / Third-Party Plaintiffs,<br><br>  v.<br><br>STATE EMPLOYEES' CREDIT UNION, PHILIP E. GREER, Trustee, SHERVIN TAHSSILI, SANDMAN & ROSEFIELDE-KELLER, Trustee, DIANA D. LOREY, MATTHEW G. NESTOR, Trustee, BRANCH BANKING & TRUST COMPANY, BB&T COLLATERAL SERVICE CORPORATION, Trustee, THE BROOK FAMILY TRUST, JAMES R. PREVATTE, JR., Trustee, COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>        Third-Party Defendants. | **Adversary Proceeding No.: 08-00099-8-JRL** |

**CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that the undersigned has this date served the foregoing **Notice of Appeal** in the above-entitled action upon all other parties to this cause by hand delivery, by facsimile, or by depositing a copy thereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Post Office Department, properly addressed to said parties, or the attorney or attorneys for said parties, as the case may be.

| | |
|---|---|
| Marjorie Lynch<br>U.S. Bankruptcy Administrator<br>P.O. Box 3758<br>Wilson, NC 27895-3758 | James B. Angell, Trustee<br>P.O. Box 12347<br>Raleigh, NC 27605-2347<br>*Plaintiff and Trustee* |
| Courtney B. Williams<br>Deena L. Williams<br>108 Sellers Street<br>Oak Island, NC 28465<br>*Debtors* | William R. Echols, Trustee<br>301 Carmel Executive Parkway, Suite 304<br>Charlotte, NC 28226<br>*Defendant* |
| James R. Prevatte, Jr.<br>601 Howe Street<br>Southport, NC 28461 | The Brook Family Trust<br>P. O. Box 514<br>Nipomo, CA 93444 |
| BB&T Collateral Service Corporation<br>c//o CT Corporation System<br>Registered Agent<br>225 Hillsborough Street<br>Raleigh, NC 27603 | State Employees' Credit Union<br>c/o James C. Blaine, Registered Agent<br>1000 Wade Avenue<br>Raleigh, NC 27605 |
| Matthew G. Nestor<br>8903 East Oak Island Drive, Suite 2<br>Oak Island, NC 28465 | Diana D. Lorey<br>820 Live Oak Drive<br>Oak Island, NC 28465 |
| Sandman & Rosefielde-Keller<br>c/o Officer, Director or Managing Agent<br>7101 Creedmoor Road, Suite 142<br>Raleigh, NC 27613 | Shervin Tahssili<br>8398 Six Forks Road, Suite 104<br>Raleigh, NC 27615 |
| Philip E. Greer, Trustee<br>1176 St. Mark's Church Road<br>Burlington, NC 27215-9796 | |

      This the 9th day of April, 2009.

    /s/:  Alan B. Powell
Alan B. Powell, N.C.S.B. # 17555
Christopher C. Finan, N.C.S.B. # 27820
*Attorneys for Appellants*

<u>OF COUNSEL:</u>

ROBERSON HAWORTH & REESE, PLLC
300 N. Main Street; Suite 300
P.O. Box 1550
High Point, NC 27261
Telephone:  336-889-8733
Facsimile:  336-885-1280
Email:    apowell@rhrlaw.com
          cfinan@rhrlaw.com