AP–004 Memorandom – Rev. 03/13/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

| | |
|---|---|
| IN RE:<br>Courtney B. Williams and Deena L. Williams<br>         Debtor(s) | Bankruptcy Case No.:<br>08–02284–8–JRL |

| | |
|---|---|
| James B Angell, Trustee<br><br>         Plaintiff(s)<br>              vs.<br>William R. Echols, Trustee<br>et al.<br>         Defendant(s) | Adversary Proceeding No.:<br>08–00099–8–JRL |

### MEMORANDUM

Pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, within ten (10) days after filing the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding, the appellant must file with the court at the address shown above, a designation of the items to be included in the record on appeal and a statement of issues to be presented. A copy must be served on the appellee.

Within ten (10) days after service of the appellant's statement, the appellee may file a designation of additional items to be included in the record. A copy must be served on the appellant.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party must file with the clerk a written request for the transcript. The cost of the transcript is the responsibility of the requesting party.

Dated: April 10, 2009

Stephanie J. Edmondson
Clerk of Court