FILED: November 18, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1371
(7:10-cv-00136-D)
(08-00099-8-JRL)

_____

FIRST AMERICAN TITLE INSURANCE COMPANY

    Plaintiff - Appellant

and

WILLIAM R. ECHOLS, Trustee

    Plaintiff

v.

JAMES B. ANGELL, Chapter 7 Trustee for Courtney B. Williams and Deena L. Williams

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk